IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL

BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Ferid Junar Salah,

        Defendant.

| | |
|---|---|
| Case No: | 22-mj-734 TNL |
| Date: | September 2, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:58 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 4 minutes |

APPEARANCES:

    Plaintiff: Nathan Nelson, Assistant U.S. Attorney
    Defendant: Shannon Elkins, Assistant Federal Public Defender
        X FPD      X To be appointed

    X Advised of Rights

on  X Indictment

X Date charges or violation filed: 6/15/2022
X Current Offense: Felon in possession of a firearm; distribution of a controlled substance
X **Charges from other District: District of North Dakota**
X Title and Code of underlying offense from other District: 18:922(g)(1) and 924(a)(2)
X Case no: 3:22-cr-101

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Wednesday, September 7, 2022 at 10:30 a.m. before U.S. Magistrate Judge Tony N. Leung for:
X Detention hrg

X Removal hearing waived
X Removal Order to be issued


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                             s/SAE
                                                      Signature of Courtroom Deputy